## OKEY SHINAFELT V. STATE OF NEBRASKA.

FILED OCTOBER 25, 1929. No. 27019.

*C. D. Ritchie*, for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and REDICK, District Judge.

FILED OCTOBER 25, 1929. No. 27020.

*C. D. Ritchie*, for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Clifford L. Rein,* contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This is a proceeding in error brought to this court by Walter W. Shinafelt for a review of the judgment of the district court for Hayes county, wherein he was convicted of the crime of rape.

We have carefully considered the record and find no prejudicial error. The judgment of the district court is therefore

AFFIRMED.